[No. 2973–3. Division Three. October 25, 1979.]

*In the Matter of the Marriage of* TERRY J. LALI-
BERTE, *Appellant, and* CHARLENE
LALIBERTE, *Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 229467, Harold D. Clarke, J., entered
June 16, 1978. *Reversed* by unpublished opinion per
Munson, J., concurred in by Green, C.J., and Roe, J.

[No. 6779–1. Division One. October 29, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN
MENJARES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84949, James A. Noe, J., entered June 9, 1978.
*Affirmed* by unpublished opinion per Andersen, J., con-
curred in by James and Ringold, JJ.

[No. 6869–1. Division One. October 29, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
EDWARD THOMAS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84016, Robert W. Winsor, J., entered March
23, 1978. *Affirmed* by unpublished opinion per Andersen,
J., concurred in by Callow, C.J., and Dore, J.

[No. 7128–1. Division One. October 29, 1979.]

THE STATE OF WASHINGTON, *Appellant,* v. STEVEN
LEE BARRY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 84476, W. R. Cole, J., entered November 1,
1978. *Reversed* by unpublished opinion per Dore, J., con-
curred in by Swanson, A.C.J., and James, J.